141

BEFORE THE THIRD DIVISION, OCTOBER 1, 1947

**No. 51924.**—Stan Newcomb and Barbara Todd *v.* United States, petition 6596–R (San Diego).

Opinion by CLINE, J. The petition was dismissed.

**No. 51925.**—Semon Bache & Co. *v.* United States, petition 6581–R (New York).

Opinion by EKWALL, J. At the hearing the record in Abstract 46849 was offered and received in evidence. From a perusal of that record, together with the evidence adduced herein, it was clear that the question of the proper value at which entry should have been made in the instant case was the subject of considerable litigation, and that the petitioner, in making entry as it did, acted in good faith and cooperated to the fullest extent with the Government officials. The petition was therefore granted.

**No. 51926.**—L. Solomon & Son, Inc. *v.* United States, petition 6589–R (New York).

Opinion by EKWALL, J. From the evidence produced at the trial it appeared that there was an honest difference of opinion as to the dutiable value of the merchandise and that the importer filed an appeal for reappraisement from the appraiser's finding of value, which appeal was considered a test case in order to obtain a judicial determination of the issue. Upon the record presented the court was satisfied that there was no intent on the part of the importer to deceive the appraiser or defraud the Government. The petition was therefore granted.

BEFORE THE THIRD DIVISION, OCTOBER 2, 1947

**No. 51927.**—S. Barotz & Co. *v.* United States, petition 6590–R (New York).

Opinion by EKWALL, J. The question of the proper dutiable value of the merchandise was litigated before a single judge and a division of the court sitting in reappraisement proceedings. Upon the entire record it was held that the importer acted in good faith; that it presented all the pertinent facts to the Government officials; and that there was no attempt to defraud the Government. The petition was therefore granted.